UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JAMES S. COOK,

    Plaintiff,

v.

                                      Case No. 17-cv-913-pp

VIN DIESEL, ROB COHEN,
NEAL H. MORITZ, GARY SCOTT THOMPSON,
MEDIA STREAM FILM and
UNIVERSAL PICTURE USA,

    Defendants.

---

### ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS (DKT. NO. 15) AND DISMISSING CASE WITHOUT PREJUDICE

---

The court **GRANTS** the plaintiff's motion to voluntarily dismiss his complaint. Dkt. No. 15.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated in Milwaukee, Wisconsin this 12th day of December, 2018.

                                        **BY THE COURT:**

                                        _____
                                        **HON. PAMELA PEPPER**
                                        **United States District Judge**